IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 99-10070
_____

In The Matter Of: ALLIANCE HEALTH OF
FORT WORTH INC,

                                        Debtor,

INTERNAL REVENUE SERVICE,

                                        Appellee,

v.

CHERRY STREET PARTNERS, LP,

                                        Appellant.

_____

Appeal from the United States District Court
for the Northern District of Texas
(4:98-CV-691-A)
_____

November 3, 1999

Before KING, Chief Judge, and REYNALDO G. GARZA and EMILIO M.
GARZA, Circuit Judges.

PER CURIAM:*

     AFFIRMED.  See 5TH CIR. R. 47.6.

_____

     *Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.